

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-18-00033-CR

QUINCY DEMOND BLAKELY                                        APPELLANT

V.

THE STATE OF TEXAS                                                STATE

----------

FROM COUNTY CRIMINAL COURT NO. 5 OF DENTON COUNTY
TRIAL COURT NO. CR-2015-06355-E

----------

## MEMORANDUM OPINION[1]

----------

Appellant Quincy Demond Blakely, who is proceeding pro se, attempts to appeal the trial court's January 29, 2018 order denying his "Motion to Dismiss for Lack of Subject Matter and Personal Jurisdiction."

On January 31, 2018, we notified Blakely of our concern that we lacked jurisdiction over his appeal because the trial court's order did not appear to be an

---

[1]*See* Tex. R. App. P. 47.4.

appealable interlocutory order. We informed Blakely that unless he or any party desiring to continue the appeal filed a response showing grounds for continuing the appeal by February 12, 2018, we would dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 44.3. Blakely filed a response that did not address the order at issue, so on March 26, 2018, we extended the time—to April 5, 2018—for Blakely to respond to our jurisdiction letter. We received no response.

Accordingly, because we do not have jurisdiction to review interlocutory orders unless that jurisdiction has been expressly granted by law, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(c), 43.2(f); *Ragston v. State*, 424 S.W.3d 49, 52 (Tex. Crim. App. 2014).

PER CURIAM

PANEL: WALKER, MEIER, and GABRIEL, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: June 14, 2018

2